# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

129430 & (59)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VILLAGE OF HOLLY and DOWNTOWN
DEVELOPMENT AUTHORITY OF THE
VILLAGE OF HOLLY,
  Plaintiffs-Appellees,

v

HOLLY TOWNSHIP and HOLLY
TOWNSHIP TREASURER,
  Defendants-Appellants.

SC: 129430
COA: 254379
Oakland CC: 2002-045928-CZ

_____/

On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the July 26, 2005 judgment of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

s0123